**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SOCIETY PASS INCORPORATED, *et al.*,[1] | ) | Case No. 26-90525 |
| Debtors. | ) |  |
|  | ) | (Jointly Administered) |

**NOTICE OF VIRTUAL HEARING ON FIRST DAY MOTIONS**

PLEASE TAKE NOTICE that, on May 12, 2026 (the "**Petition Date**"), Society Pass Incorporated and certain affiliates (collectively, the "**Debtors**"), each of which is a debtor and debtor in possession in the above-captioned Chapter 11 cases, filed their voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "**Court**").

PLEASE TAKE FURTHER NOTICE that, in accordance with sections A and I of the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, a virtual hearing (the "**First Day Hearing**") is set for May 20, 2026, at 1:00 p.m. (prevailing Central Time), before the Honorable Alfredo R. Pérez to consider the following:

**FIRST DAY MOTIONS**

1. **Schedules and SOFAs Extension Motion**. Debtors' Emergency Motion for Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs; and (II) Granting Related Relief.

2. **Insurance Motion**. Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Prepetition Insurance Coverage and Satisfy Obligations Related Thereto, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, (C) Honor the Terms of Premium Financing Agreement, and (D) Enter Into New Premium Financing Agreements in the Ordinary Course of Business; and (II) Granting Related Relief.

3. **NOL Motion**. Debtors' Emergency Motion for Entry of an Order (A) Establishing Notification Procedures and Approving Restrictions on (I) Certain Transfers of Interests in Society Pass Incorporated, and (II) Claims of Certain Worthless Stock Deductions; and (B) Granting Related Relief.

---

[1] The Debtors in these Chapter 11 Cases are: Society Pass Incorporated and SoPa, Inc. The Debtors' service address for purposes of these Chapter 11 Cases is: 2929 Allen Parkway, Suite 3300, Houston, TX 77019.

1

4. **Notice Procedures Motion**. Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) File a Consolidated (1) Creditor Matrix and (2) List of the 30 Largest Unsecured Creditors and (B) Redact Certain Personal Identification Information, (II) Waiving the Requirement to File a List of, and Provide Notice Directly to, Equity Security Holders, (III) Approving the Form and Manner of Notifying Creditors of the Commencement of the Chapter 11 Cases and Other Information, and (IV) Granting Related Relief.

**PLEASE TAKE FURTHER NOTICE that the First Day Hearing will be conducted virtually only. No in-person attendance will be permitted**. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. Once connected, you will be asked to enter the conference room number. Judge Pérez's conference room number is 282694. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Pérez home page (https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-alfredo-r-perez). The meeting code is "Judge Pérez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your electronic appearance, click the "Electronic Appearance" link on Pérez's home page. Select the case name, complete the required fields, and click "Submit" to complete your appearance.

**FURTHER NOTICE** that all documents filed in these Chapter 11 cases are available free of charge by visiting https://cases.stretto.com/SocietyPass. Copies of any pleadings or papers filed with the Court may also be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: May 18, 2026
Houston, Texas

Respectfully submitted,

**SCHWARTZ PLLC**

*/s/ Veronica A. Polnick*
Gabrielle A. Hamm (TX Bar No. 24041047)
Veronica A. Polnick (TX Bar No. 24079148)
Renee D. Wells (TX Bar No. 24013731)
440 Louisiana Street, Suite 1055
Houston, Texas 77002
Telephone:      (713) 900-3737
Facsimile:      (702) 442-9887
Email:          ghamm@nvfirm.com
                vpolnick@nvfirm.com
                rwells@nvfirm.com

Samuel A. Schwartz (admitted *pro hac vice*)
Shayna R. Berger (admitted *pro hac vice*)
601 East Bridger Avenue
Las Vegas, Nevada 89101
Telephone:      (702) 385-5544
Facsimile:      (702) 442-9887
Email:          saschwartz@nvfirm.com
                sberger@nvfirm.com

*Proposed Counsel for the Debtors and Debtors in Possession*

## Certificate of Service

I certify that on May 18, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Veronica A. Polnick*
Veronica A. Polnick

3