**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SOCIETY PASS INCORPORATED, *et al.*,[1] | ) ) ) | Case No. 26-90525 |
| Debtors. | ) ) ) | (Jointly Administered) |

**DEBTORS' AMENDED AGENDA OF MATTERS SET FOR VIRTUAL
HEARING ON MAY 20, 2026, AT 1:00 P.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") file

this Amended Agenda of Matters Set for Virtual Hearing on May 20, 2026, at 1:00 p.m. (prevailing

Central Time) before the Honorable Alfredo R. Pérez in the United States Bankruptcy Court for

the Southern District of Texas:

**A.      Evidentiary Support for First Day Pleadings.**

1.      **First Day Declaration.** *Declaration of Jeremy Rosenthal in Support of Chapter 11 Petitions, First Day Motions, and Related Relief* [Docket No. 26].

**B.      First Day Pleadings.**

1.      **Schedules and SOFAs Extension Motion**. *Debtors' Emergency Motion for Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs; and (II) Granting Related Relief* [Docket No. 14].

   **Status**: This matter is going forward.

2.      **Insurance Motion**. *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Prepetition Insurance Coverage and Satisfy Obligations Related Thereto, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, (C) Honor the Terms of Premium Financing Agreement, and (D) Enter Into New Premium Financing Agreements in the Ordinary Course of Business; and (II) Granting Related Relief* [Docket No. 15].

---

[1]      The Debtors in these Chapter 11 Cases are: Society Pass Incorporated and SoPa, Inc. The Debtors' service address for purposes of these Chapter 11 Cases is: 2929 Allen Parkway, Suite 3300, Houston, TX 77019.

**Status**: This matter is going forward.

3. **NOL Motion.** *Debtors' Emergency Motion for Entry of an Order (A) Establishing Notification Procedures and Approving Restrictions on (I) Certain Transfers of Interests in Society Pass Incorporated, and (II) Claims of Certain Worthless Stock Deductions; and (B) Granting Related Relief* [Docket No. 16].

 **Status**: This matter is going forward.

4. **Notice Procedures Motion.** *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) File a Consolidated (1) Creditor Matrix and (2) List of the 30 Largest Unsecured Creditors and (B) Redact Certain Personal Identification Information, (II) Waiving the Requirement to File a List of, and Provide Notice Directly to, Equity Security Holders, (III) Approving the Form and Manner of Notifying Creditors of the Commencement of the Chapter 11 Cases and Other Information, and (IV) Granting Related Relief* [Docket No. 20].

 **Status:** This matter is going forward.

Dated: May 20, 2026
Houston, Texas

Respectfully submitted,

**SCHWARTZ PLLC**

*/s/ Veronica A. Polnick*
Gabrielle A. Hamm (TX Bar No. 24041047)
Veronica A. Polnick (TX Bar No. 24079148)
Renee D. Wells (TX Bar No. 24013731)
440 Louisiana Street, Suite 1055
Houston, Texas 77002
Telephone: (713) 900-3737
Facsimile: (702) 442-9887
Email: ghamm@nvfirm.com
  vpolnick@nvfirm.com
  rwells@nvfirm.com

Samuel A. Schwartz (admitted *pro hac vice*)
Shayna R. Berger (admitted *pro hac vice*)
601 East Bridger Avenue
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887
Email: saschwartz@nvfirm.com
  sberger@nvfirm.com

*Proposed Counsel for the Debtors and Debtors in Possession*

2

## <u>Certificate of Service</u>

I certify that on May 20, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Veronica A. Polnick*
Veronica A. Polnick

3